■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL PEREZ, Appellant. [932 NYS2d 903]—

The court properly exercised its discretion in determining that substantial justice dictated the denial of defendant's application for resentencing in light of his extensive criminal record and his pattern of misconduct while incarcerated (*see e.g. People v Marti*, 81 AD3d 418 [2011], *lv denied* 17 NY3d 798 [2011]). Concur—Tom, J.P., Saxe, Sweeny, Richter and Manzanet-Daniels, JJ.

---

Motion to dismiss appeal denied. Concur—Tom, J.P., Saxe, Sweeny, Richter and Manzanet-Daniels, JJ.